IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AMBER MULLEN,**<br><br>   **Plaintiff,**<br><br>   vs.<br><br>**TEACH-BAK, LLC; TEACH-BAK CARE, INC.; PEBBLES SIMMONS, and ELAINE LOPEZ,**<br><br>   **Defendants.** | Civil Action No. 1:17-cv-03956-SCJ |

## MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

Plaintiff Amber Mullen, through the undersigned counsel and pursuant to 9 U.S.C. § 3, moves the Court to stay and administratively close this action pending arbitration. In support of this Motion, Plaintiff submits the attached Brief in Support, a copy of the relevant arbitration agreement, and proposed order.

Respectfully submitted this 27th day of December 2017.

|  |  |
|---|---|
|  | **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC** |
|  | */s/ Matthew W. Herrington* |
| 3100 Centennial Tower | Mitchell D. Benjamin |
| 101 Marietta Street, NW | Georgia Bar no. 049888 |
| Atlanta, Georgia 30303 | Matthew W. Herrington |
| (404) 979-3150 Telephone | Georgia Bar No. 275411 |

1

(404) 979-3170 Facsimile
benjamin@dcbflegal.com              Attorneys for Plaintiff
matthew.herrington@dcbflegal.com