IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AMBER MULLEN,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**TEACH-BAK, LLC; TEACH-BAK CARE, INC.; PEBBLES SIMMONS, and ELAINE LOPEZ,**<br><br>    **Defendants.** | Civil Action No. 1:17-cv-03956-SCJ |

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO STAY PENDING ARBITRATION**

Plaintiff Amber, through the undersigned counsel, moves the Court to stay and administratively close this action pending arbitration

1. Plaintiff Mullen filed this action on October 19, 2017 asserting minimum wage and overtime claims under the Fair Labor Standards Act, as well as a breach of contract claim for additional unpaid wages, against her former employers.

2. On November 28, 2017, Defendants' counsel served on Plaintiff's counsel a copy of a Confidentiality, non-Competition, and Non-Solicitation Agreement executed by Plaintiff and Defendant Simmons on behalf of

1

      Defendant Teach-BAK. A copy of this Agreement is attached hereto as <u>Exhibit 1</u>.

3. Plaintiff was not earlier aware of the Agreement.

4. The FLSA and contractual claims raised in this lawsuit fall within the scope of claims covered by the Agreement.

5. Plaintiff now wishes to bring her FLSA claims in binding arbitration, pursuant to the terms of the Agreement.

6. The Federal Arbitration Act provides in relevant part that, "[i]f any suit or proceeding be brought . . . upon any issue referable to arbitration . . . the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration . . . shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement . . . ." 9 U.S.C. § 3.

7. Based on the terms of the attached Agreement, Plaintiff requests that the Court stay this proceeding pursuant to 9 U.S.C. § 3.

8. Plaintiff further requests that the Court issue an order directing Plaintiff to notify the Court within 30 days of the completion of any arbitration, and to

seek approval of any settlement of his FLSA claim pursuant to *Lynn's Foods Stores, Inc. v. United States*, 679 F.2d 135 (11th Cir. 1982).

9.  A proposed order is attached for the Court's convenience.

This 27th day of December 2017,

                                                  Respectfully submitted,

                                                  **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC**

|  |  |
|---|---|
|  | */s/ Matthew W. Herrington* |
| 3100 Centennial Tower | Mitchell D. Benjamin |
| 101 Marietta Street | Georgia Bar No. 049888 |
| Atlanta, Georgia 30303 | Matthew W. Herrington |
| (404) 979-3150 | Ga. Bar No. 275411 |
| (404) 979-3170 (f) |  |
| benjamin@dcbflegal.com | **Counsel for Plaintiff** |
| matthew.herrington@dcbflegal.com |  |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1 NDGa, the undersigned counsel certifies that that the foregoing brief was prepared using 14 point, Times New Roman Font, one of the point and font selections approved by the Court in LR 5.1 NDGa.

                                                  */s/ Matthew W. Herrington*
                                                  Matthew W. Herrington
                                                  Georgia Bar No. 275411