IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AMBER MULLEN,**<br><br>　　**Plaintiff,**<br><br>　vs.<br><br>**TEACH-BAK, LLC; TEACH-BAK CARE, INC.; PEBBLES SIMMONS, and ELAINE LOPEZ,**<br><br>　　**Defendants.** | Civil Action No. 1:17-cv-03956-SCJ |

### [PROPOSED] ORDER

Plaintiff having moved to stay these proceeding pending arbitration of the claims asserted in this action, and for good cause shown, it is hereby ORDERED that:

1. Plaintiff's Motion to Stay Proceeding Pending Arbitration is GRANTED.

2. This case is STAYED as to all claims asserted by Plaintiff.

3. Plaintiff is DIRECTED to submit this action to binding arbitration pursuant to the terms of the Parties' written arbitration agreement.

4. Plaintiff is DIRECTED to notify the Court within thirty (30) days of completion of arbitration.

5.  Plaintiff is DIRECTED to submit any settlement agreement reached as to his FLSA claims to this Court for approval pursuant to *Lynn's Foods Stores, Inc. v. United States*, 679 F.2d 135 (11th Cir. 1982).

IT IS SO ORDERED, this _____ day of _____ 20____.

_____
Hon. Steve C. Jones
Judge, United States District Court