IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AMBER MULLEN,** | |
| **Plaintiff,** | |
| **vs.** | Civil Action No. 1:17-cv-03956-SCJ |
| **TEACH-BAK, LLC; TEACH-BAK CARE, INC.; PEBBLES SIMMONS, and ELAINE LOPEZ,** | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I certify that on this day I caused the following documents to be filed with the

Clerk via the Court's CM/ECF system, thereby ensuring electronic service upon all

counsel of record:

1. Plaintiff's Motion to Stay Action and Compel Arbitration
2. Brief In Support
3. Proposed Order

Dated: December 27, 2017

*/s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411

1