IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AMBER MULLEN,**<br><br>     **Plaintiff,**<br><br>   **vs.**<br><br>**TEACH-BAK, LLC; TEACH-BAK CARE, INC.; PEBBLES SIMMONS, and ELAINE LOPEZ,**<br><br>     **Defendants.** | Civil Action No. 1:17-cv-03956-SCJ |

## ORDER

Plaintiff having moved to stay these proceeding pending arbitration of the claims asserted in this action, and for good cause shown, it is hereby ORDERED that:

1. Plaintiff's Motion to Stay Proceeding Pending Arbitration is GRANTED.

2. This case is STAYED as to all claims asserted by Plaintiff.**FOR NINETY (90) DAYS**.

3. Plaintiff is DIRECTED to submit this action to binding arbitration pursuant to the terms of the Parties' written arbitration agreement.

4. Plaintiff is DIRECTED to notify the Court within **ten (10)** days of completion of arbitration.

5. Plaintiff is DIRECTED to submit any settlement agreement reached as to his FLSA claims to this Court for approval pursuant to *Lynn's Foods Stores, Inc. v. United States*, 679 F.2d 135 (11th Cir. 1982).

IT IS SO ORDERED, this  27th  day of  December  20 17 .

s/Steve C. Jones
_____
Hon. Steve C. Jones
Judge, United States District Court