UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMBER MULLEN,<br><br>    Plaintiff,<br><br>v.<br><br>TEACH-BAK, LLC, TEACHBAK-CARE, INC., PEBBLES SIMMONS, AND ELAINE LOPEZ,<br><br>    Defendants. | Civil Action No.: 1:17-cv-03956-SCJ |

## ORDER APPROVING SETTLEMENT AND DISMISSING DEFENDANT ELAINE LOPEZ

This action came before the Court on the Parties' *Joint Motion to Approve Settlement and Dismiss Defendant Elaine Lopez with Prejudice*. Therein, the parties properly sought final approval of the terms of their settlement and the dismissal of defendant Elaine Lopez. See the Court's *Order* entered December 27, 2017 (Doc. 14) and Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a

stipulated judgment after scrutinizing the settlement for fairness.") (citations omitted)

Having reviewed the Joint Motion, the record, and the details of the settlement, the Court concludes that the terms of the settlement (1) are fair to the named Plaintiff; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; and (3) demonstrate a good-faith intention by the Parties that Plaintiff's claims against defendant Elaine Lopez be fully and finally resolved.

Accordingly, the Motion is GRANTED and the settlement is hereby APPROVED by the court as a final, fair, adequate, and reasonable resolution of Plaintiff's claims against defendant Elaine Lopez.

IT IS FURTHER ORDERED that Defendant Elaine Lopez is DISMISSED WITH PREJUDICE from this matter.

**IT IS SO ORDERED** this __5th__ day of __February__, 2018.

s/Steve C. Jones
_____
The Hon. Steve C. Jones
United States District Judge