IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMBER MULLEN,<br><br>   Plaintiff,<br><br>v.<br><br>TEACH-BAK, LLC; TEACH-BAK CARE, INC.; and PEBBLES SIMMONS,<br><br>   Defendants. | CIVIL ACTION FILE<br>No. 1:17-cv-03956-SCJ |

**ORDER**

This matter comes before the Court on a Motion for Entry of Judgment and to Enforce Settlement, filed by Plaintiff Amber Mullen ("Plaintiff") on July 16, 2019. Doc. No. [22].[1] In said motion, Plaintiff seeks the enforcement of a settlement agreement (hereinafter, the "Settlement Agreement") with Defendants Teach-Bak, LLC and Teach-Bak Care, Inc. (collectively, the 'Corporate Defendants"),[2] in which the Corporate Defendants agreed to pay a

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

[2] Pebbles Simmons is also a Defendant in this action. While the settlement

total of $10,000.00 inclusive of attorneys' fees and costs to Plaintiff in six equal monthly installments of $1,666.66.[3] Id. The Corporate Defendants failed to file a response or otherwise oppose Plaintiff's motion.[4] Accordingly, this matter is now ripe for review.

Plaintiff avers that, to date, the Corporate Defendants have made six payments of $833.33 each and two payments of $500.00 each, totaling $5,999.98, and have made no payments since March of 2019. Id. at p. 3. Pursuant to paragraph 2(C) of the Settlement Agreement, Plaintiff's counsel delivered a Notice of Default to Defendants and their counsel on February 14, 2019 and April 30, 2019. Id. at pp. 3–4. Despite these Notices of Default, Plaintiff states that the Corporate Defendants have not cured the default. Id. at p. 4. Thus, Plaintiff now contends that the remaining unpaid balance of the $10,000 due under the Settlement Agreement, or $4,000.02, is now due and payable.[5] Id.

---

negotiations initially included all Defendants, upon Simmons' bankruptcy filing, the settlement communications and the Settlement Agreement included only Plaintiff and the Corporate Defendants.

[3] This Court approved the Settlement Agreement on July 20, 2018. Doc. No. [21].

[4] "Failure to file a response shall indicate that there is no opposition to the motion." LR 7.1(B), NDGa.

[5] Plaintiff has also included an affidavit from her counsel, Mitchell D. Benjamin, in which he attests to the above-stated facts. See Doc. No. [22-1].

Accordingly, and in light of the lack of opposition from the Corporate Defendants, Plaintiff's Motion for Entry of Judgment and to Enforce Settlement is **GRANTED**. Doc. No. [22]. The Corporate Defendants are hereby **ORDERED** to pay the remaining $4,000.02 due under the Settlement Agreement to Plaintiff's counsel, Mitchell D. Benjamin, at 2650 Centennial Tower, 101 Marietta Street, NW, Atlanta, GA, 30303 **within twenty-one days of the entry of this Order**.

**IT IS SO ORDERED** this 4th day of November, 2019.

s/Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**