UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMBER MULLEN,<br><br>        Plaintiff,<br><br>v.<br><br>TEACH-BAK, LLC; TEACH-BAK CARE, INC.; and PEBBLES SIMMONS,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-3956-SCJ |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, on Plaintiff's Motion for Entry of Judgment and to Enforce Settlement, and the Court having granted said Motion, it is

**Ordered and Adjudged** that the Corporate Defendants are to pay the remaining $4,000.02 due under the Settlement Agreement to Plaintiff's counsel, Mitchell D. Benjamin, at 2650 Centennial Tower, 101 Marietta Street, NW, Atlanta, GA, 30303 within twenty-one days.

Dated at Atlanta, Georgia this 4th day of November, 2019.

                                      JAMES N. HATTEN
                                      CLERK OF COURT

                          By:   s/R. Spratt
                                    Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   November 4, 2019
James N. Hatten
Clerk of Court

By: s/R. Spratt
      Deputy Clerk